FILED
CLERK, U.S. DISTRICT COURT

OCT 15 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Jesus Sanchez,<br>  Defendant. | 2:07-CR-10-DDP<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

   On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

   The court finds no condition or combination of conditions that will reasonably assure:

   (A) ☒ the appearance of defendant as required; and/or
   (B) ☒ the safety of any person or the community.

//
//

The court concludes:

A. [✓] Defendant poses a risk to the safety of other persons or the community because ~~defendant has not demonstrated by clear and convincing evidence that:~~

_criminal history_

(B) [✓] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_illegal status_
_no bail resources_

IT IS ORDERED that defendant be detained.

DATED: 10/15/09

_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE